1-21-2015

**FILED IN**
Court of Appeals

JAN 2 1 2015

Lisa Matz
Clerk, 5th District

FIFTH COURT OF APPEALS

DALLAS, TEXAS

RE: COURT REPORTERS RECORD
    CASE NO: 05-14-01508-CV

DEAR COURT OF APPEALS:

FROM 9-15-2014 UNTIL PRESENT, APPELLANT
IS NOT ABLE TO GET AN ESTIMATE AMOUNT $?
FROM MRS. BONDS COURT REPORTER.

THEREFORE FILING THE APPELLANT'S BRIEF
WITHOUT the R.R. after FIVE SOLID MONTH
WITH THIS COURT PERMISSION

RESPECTFULLY SUBMITTED,
G. Ghaffari
PRO-SE FEYSAL AYATI-GHAFFARI

2301 ALL SAINTS Ln
PLANO, TX 75025
(972) 527-1234